Argued January 16, affirmed January 30, 1978

In the Matter of Ricker, Aaron, Ricker, Patricia; and
Lindsay, Shannon, Minor Children.
STATE ex rel JUVENILE DEPARTMENT
OF MULTNOMAH COUNTY et al, *Respondents,*
*v.*
LINDSAY, *Appellant.*
(No. 51,494, CA 9125)
573 P2d 777

Kurt Engelstad, Portland, argued the cause and
filed the brief for appellant.

Melinda L. Bruce, Assistant Attorney General,
Salem, argued the cause for respondent State ex rel
Juvenile Department of Multnomah County. With her
on the brief were James A. Redden, Attorney General,
and Al J. Laue, Solicitor General, Salem.

Jana T. Gregory, Portland, argued the cause for
respondent minor children. On the brief were Marilyn
E. Nichols, Henry M. Silberblatt, Certified Law Stu-
dent, and Gregory & Nichols, Portland.

Before Schwab, Chief Judge, and Lee, Richardson
and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

This is an appeal from an order terminating parental rights of the mother of three children. It presents a pure fact question and no useful purpose would be served by detailing those facts here. We note only that we agree with the carefully drawn and comprehensive memorandum opinion of the trial judge.

Affirmed.